UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2017
David J. Bradley, Clerk

| | |
|---|---|
| GERALD WILLIAMS, § | |
|     Petitioner, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:17-CV-02518 |
| LORIE DAVIS, § | |
| Director, Texas Department of Criminal § | |
| Justice, Correctional Institutions Division, § | |
|     Respondent. § | |

## Order of Adoption

On November 7, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (10) to which petitioner objected (11). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed _December 12_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge